IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GUADALUPE SANCHEZ, JR.,

    Plaintiff,                        No. CIV S-10-2029 KJM P

    vs.

T. VIRGA, et al.,

    Defendants.                   <u>ORDER</u>

/

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 17, 2010, the court ordered plaintiff to file a completed application to proceed in forma pauperis within thirty days. Plaintiff has not done so nor provided an adequate explanation as to why he has not, although he attempted to provide an adequate explanation in a document filed August 31, 2010. Good cause appearing, plaintiff will be granted thirty more days within which to comply with the court's August 17, 2010 order. Failure to comply with the order within thirty days will result in a recommendation that this action be dismissed.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

1

1  2. Plaintiff shall submit, within thirty days from the date of this order, a
2 completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order
3 will result in a recommendation that this action be dismissed without prejudice.
4 DATED: September 27, 2010.

_____
U.S. MAGISTRATE JUDGE

7 1/mp
sanc2029.3d(2)