IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GUADALUPE SANCHEZ, JR.,

      Plaintiff,                  No. CIV S-10-2029 DAD (TEMP) P

   vs.

T. VIRGA, et al.,

      Defendants.           ORDER

_____/

      Plaintiff has requested an extension of time to file an in forma pauperis application pursuant to the court's order of September 27, 2010. Good cause appearing, his request will be granted.

      Plaintiff has also filed a motion in which he asks that the court hold this action in abeyance while he exhausts "state remedies" with respect to his claims. However, plaintiff fails to cite any authority in support of his request and does not point to any facts indicating that stay and abeyance would be appropriate in this case. Accordingly, his request will be denied at this time.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Docket No. 12) is granted;

2. Plaintiff's in forma paupers application (Docket No. 13) is deemed timely filed; and

3. Plaintiff's motion to hold this matter in abeyance (Docket No. 5) is denied.

DATED: January 13, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

kc/kly
sanc2029.36