IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

MANUEL GUADALUPE SANCHEZ, JR.,

        Plaintiff,                      No. 2:10-cv-2029 CKD P

    vs.

T. VIRGA, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief for violation of civil rights pursuant to 42 U.S.C. § 1983. This court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Pursuant to this duty to screen, plaintiff's first amended complaint was dismissed on March 16, 2012 and specific instructions were given to plaintiff as to the contents of any second amended complaint. While plaintiff filed a second amended complaint on May 14, 2012, he did not comply with most of the court's March 16, 2012 instructions including either all or portions of instructions number 5, 6, 7, 8, 10, 11, 12, 14 and 18.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's second amended complaint is dismissed.

        2. Plaintiff is granted thirty days to file a third amended complaint that complies with the requirements of this court's March 16, 2012 order.

       3.  Plaintiff's failure to file a third amended complaint which complies with the court's March 16, 2012 order will result in dismissal.

Dated: June 28, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cob
sanc2029.14(a)