IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GUADALUPE SANCHEZ,

      Plaintiff,                    No. 2:10-cv-2029 CKD P

    vs.

T. VIRGA, et al.,

      Defendants.
                                 <u>ORDER</u>

        Plaintiff Manuel Sanchez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2012, Mr. Sanchez filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). Dkt. # 26. On July 18, 2012, the court granted plaintiff's motion to appoint counsel and the case was referred to the court's civil rights pro bono panel administrator to locate limited purpose counsel for plaintiff. Dkt. #27. David M. Keyzer has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. David M. Keyzer is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of drafting and filing a third amended complaint.

2. The third amended complaint shall be filed within 60 days.

3. David M. Keyzer's appointment will terminate when plaintiff's third amended complaint is filed.

4. David M. Keyzer shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon David M. Keyzer, Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, California 95762.

Dated: July 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/sp
sanc2029.31