IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GUADALUPE SANCHEZ, JR.,

        Plaintiff,                    No. 2:10-cv-2029 CKD P

    vs.

T. VIRGA, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding with an action filed pursuant to 42 U.S.C. § 1983. By order filed June 29, 2012, plaintiff's second amended complaint was dismissed with leave to file a third amended complaint. With the assistance of appointed counsel, plaintiff has now filed a third amended complaint. Since counsel was appointed only to assist plaintiff with the drafting of his third amended complaint, counsel will be relieved and plaintiff will proceed pro se.

        Most of plaintiff's third amended complaint concerns the fact that plaintiff was housed in segregated housing at California State Prison, Sacramento. A review of the docket indicates that plaintiff has been transferred to Kern Valley State Prison. Good cause appearing, plaintiff will be ordered to inform the court within 21 days whether he remains in segregated

/////

1

housing at Kern Valley as a result of his being identified as an associate of a prison gang. If plaintiff is no longer in segregated housing, plaintiff should explain why not.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Attorney David Keyzer is relieved as counsel for plaintiff and plaintiff shall proceed pro se.

2. Plaintiff shall inform the court within 21 days whether he remains in segregated housing at Kern Valley State Prison as a result of his being identified as an associate of a prison gang.

3. The Clerk of the Court shall serve a copy of this order upon both David Keyzer and plaintiff.

Dated: April 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sanc2029.seg