IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GUADALUPE SANCHEZ,

    Plaintiff,                      No. 2:10-cv-2029 CKD P

    vs.

T. VIRGA, et al.,

    Defendants.

## ORDER

Plaintiff Manuel Sanchez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2013, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). ECF No. 32. Good cause appearing, that motion will be granted. Robert Navarro has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 32) is granted.

2. Plaintiff's third amended complaint is dismissed.

3. Robert Navarro is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of drafting and filing a fourth amended complaint.

4. The fourth amended complaint shall be filed within 60 days.

5. Robert Navarro's appointment will terminate when plaintiff's fourth amended complaint is filed.

6. Robert Navarro shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

7. The Clerk of the Court is directed to serve a copy of this order upon Robert Navarro, Law Office of Robert Navarro, 1295 N. Wishon Ave, Suite 3, Fresno, CA, 93728.

Dated: July 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sanc2029.31