UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUADALUPE SANCHEZ, JR., | No. 2:10-cv-2029 CKD P |
| Plaintiff, | ORDER |
| v. | |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff has filed a document the court construes as a request for an extension of time to file a motion for reconsideration of the court's October 28, 2014 order and a request for an extension of time to submit to the court the documents necessary for service of process on defendant Parker. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file a motion for reconsideration of the court's October 28, 2014 order (ECF No. 38) is granted. Plaintiff is granted 30 days to file his motion.

/////
/////
/////
/////

1

     2.  Plaintiff's request for an extension of time to submit the documents necessary for service of process on defendant Parker is granted.  Those documents must be submitted within 30 days.  Failure to submit those documents within 30 days could result in dismissal of this action.

Dated:  December 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sanc2029.36